## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 30, 2015

*Before*

DIANE P. WOOD, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| No. 15-3425 | SHEILA ALLEN, individually and on behalf of all others similarly situated,<br>Plaintiff - Appellee<br>v.<br><br>J.P. MORGAN CHASE BANK, NA<br>Defendant<br><br>APPEAL OF: ROBERT BURACK |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08285<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

The following are before the court:

1. **CIRCUIT RULE 46(d) MOTION BY CLASS PLAINTIFFS-APPELLEES TO SUSPEND AND STRIKE OBJECTOR ATTORNEY CHRISTOPHER BANDAS**, filed on November 16, 2015, by counsel for the appellees.

2. **RESPONSE TO CIRCUIT RULE 46(d) MOTION BY CLASS PLAINTIFFS-APPELLEES TO SUSPEND AND STRIKE ATTORNEY CHRISTOPHER BANDAS**, filed on November 20, 2015, by counsel for the appellant.

3.  **REPLY TO OBJECTOR ATTORNEY'S RESPONSE TO CLASS-PLAINTIFFS' CIRCUIT RULE 46(d) MOTION BY CLASS PLAINTIFFS-APPELLEES TO SUSPEND AND STRIKE OBJECTOR ATTORNEY CHRISTOPHER BANDAS,** filed on November 23, 2015, by counsel for the appellees.

4.  **LIMITED SUR-REPLY TO CIRCUIT RULE 46(d) MOTION RELATED TO "LAST ANTECEDENT RULE" OF STATUTORY CONSTRUCTION,** filed on November 23, 2015, by counsel for the appellant.

**IT IS ORDERED** that the motion to suspend or strike attorney Christopher Bandas is **DENIED**.

**IT IS FURTHER ORDERED** that appellant's request to sanction appellees' counsel for bringing the motion is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)